IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| RALPH JENKINS HARDING, III, and<br>GINGER NEWTON HARDING<br><br>Plaintiffs,<br><br>v.<br><br>HIGGINBOTHAM INSURANCE AGENCY,<br>INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:17-CV-188-C |

## JUDGMENT PURSUANT TO RULE 54(b)

On this day, the Court determined that Defendant Higginbotham Insurance Agency, Inc. was improperly joined in this civil action to defeat federal diversity jurisdiction and that all claims against Defendant Higginbotham Insurance Agency, Inc. should be dismissed without prejudice. There is no just reason for delay in entering a final judgment and final judgment should be entered pursuant to Federal Rule of Civil Procedure 54(b).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Defendant Higginbotham Insurance Agency, Inc. in the above-styled and -numbered civil action are **DISMISSED WITHOUT PREJUDICE**. This judgment shall be a final judgment only as to the claims and parties identified herein, pursuant to Federal Rule of Civil Procedure 54(b).

Dated December 11, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE