In the United States District Court
for the Northern District of Texas
Lubbock Division

| | |
|---|---|
| Ralph Jenkins Harding III and Ginger Newton Harding, <br><br> *Plaintiffs,* <br><br> v. <br><br> Higginbotham Insurance Agency, Inc., PURE Risk Management, LLC and Privilege Underwriters Reciprocal Exchange (PURE), <br><br> *Defendants.* | Civil Action No. 5:17-cv-188 <br><br><br> Jury Demanded |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COME NOW Plaintiffs Ralph Jenkins Harding III and Ginger Newton Harding, and Defendants, Privilege Underwriters Reciprocal Exchange (PURE), PURE Risk Management, LLC, and Higginbotham Insurance Agency, Inc., and file this Joint Motion for Dismissal with Prejudice and respectfully show this Honorable Court the following:

The parties have reached a settlement of all of Plaintiffs' claims in this lawsuit. Consequently, the parties jointly move to dismiss the lawsuit in its entirety and respectfully request the Court enter an order of dismissal with prejudice of all claims asserted by Plaintiffs in this action, with each party to bear its own costs.

Respectfully submitted,

*[signature]*

James L. Killion
State Bar No: 11409100
jim@killionlaw.com
Samantha Peabody Estrello
State Bar No: 24056112
samantha@killionlaw.com
J. Edwin Price
State Bar No: 16300300
Eprice1@nts-online.net

KILLION LAW FIRM, PC
2521 74th Street (79423)
P.O. Box 64670
Lubbock, Texas 79464
Telephone: (806) 748-5500
Facsimile: (806) 748-5505

J. EDWIN PRICE, P.C.
2301 Broadway
Lubbock, Texas 79401
Telephone: (806) 747-5000
Facsimile: (806) 553-6959

**ATTORNEYS FOR PLAINTIFFS**

/s/ Michael D. Williams
Michael D. Williams
Texas Bar No. 21564330
Federal ID. No. 6982
Ewell H. "Jack" Jackson IV
State Bar No. 00792598
Federal ID No. 18775
Brown Sims, P.C.
1177 W. Loop South, 10th Floor
Houston, Texas 77027
Phone: (713) 629-1580
Fax: (713) 629-5027
Email: mwilliams@brownsims.com
Email: jjackson@brownsims.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record on this 7th day of August, 2018.

                                        /s/ Michael D. Williams
                                        Michael D. Williams