In the United States District Court
for the Northern District of Texas
Lubbock Division

| | |
|---|---|
| Ralph Jenkins Harding III and Ginger Newton Harding, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 5:17-cv-188 |
| Higginbotham Insurance Agency, Inc., PURE Risk Management, LLC and Privilege Underwriters Reciprocal Exchange (PURE), | |
| *Defendants*. | Jury Demanded |

**ORDER GRANTING
JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

On this day came to be considered the parties' Joint Motion for Dismissal with Prejudice. The Court is of the opinion that same should be GRANTED.

It is therefore ORDERED that this lawsuit is hereby DISMISSED in its entirety with prejudice to refiling, and with each party to bear its own costs.

SIGNED on this ___8th___ day of ___August___, 2018.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

*[signature]*

James L. Killion
State Bar No: 11409100
jim@killionlaw.com
Samantha Peabody Estrello
State Bar No: 24056112
samantha@killionlaw.com
J. Edwin Price
State Bar No: 16300300
Eprice1@nts-online.net

KILLION LAW FIRM, PC
2521 74th Street (79423)
P.O. Box 64670
Lubbock, Texas 79464
Telephone: (806) 748-5500
Facsimile: (806) 748-5505

J. EDWIN PRICE, P.C.
2301 Broadway
Lubbock, Texas 79401
Telephone: (806) 747-5000
Facsimile: (806) 553-6959

**ATTORNEYS FOR PLAINTIFFS**

*[signature]*

Michael D. Williams
Texas Bar No. 21564330
Federal ID. No. 7662
Ewell H. "Jack" Jackson IV
State Bar No. 00792598
Federal ID No. 18775
Brown Sims, P.C.
1177 W. Loop South, 10th Floor
Houston, Texas 77027
Phone: (713) 629-1580
Fax: (713) 629-5027
Email: mwilliams@brownsims.com
Email: jjackson@brownsims.com

**ATTORNEYS FOR DEFENDANTS**

2